1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7                    FOR THE DISTRICT OF ARIZONA
8
9    Berry Williams,                        No. CV-21-01225-PHX-GMS (JFM)
10                      Petitioner,          **ORDER**
11   v.
12   State of Arizona, et al.,
13                      Respondents.
14
15          Pending before the court is the Report and Recommendation ("R&R") of Magistrate
16   Judge James F. Metcalf (Doc. 15) issued February 4, 2022, regarding petitioner's Amended
17   Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 6).  The R&R
18   recommends that the Amended Petition be dismissed with prejudice.  The Magistrate Judge
19   advised the parties that they had fourteen days to file objections to the R&R.  (R&R at 4
20   (citing Rule 8(b), Rules Governing Section 2254 Proceedings; *United States v. Reyna-*
21   *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*); *Robbins v. Carey*, 481 F.3d 1143,
22   1146-47 (9th Cir. 2007).   No objections were filed.
23          Because the parties did not file objections, the court need not review any of the
24   Magistrate Judge's determinations on dispositive matters.  See 28 U.S.C. § 636(b)(1); Fed.
25   R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);
26   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any
27   review at all . . . of any issue that is not the subject of an objection.").  The absence of a
28   timely objection also means that error may not be assigned on appeal to any defect in the

1   rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a) ("A

2   party may serve and file objections to the order within 14 days after being served with a

3   copy [of the magistrate's order]. A party may not assign as error a defect in the order not

4   timely objected to."); *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996);

5   *Phillips v. GMC*, 289 F.3d 1117, 1120-21 (9th Cir. 2002).

6        Notwithstanding the absence of an objection, the court has reviewed the R&R and

7   finds that it is well taken.  The court will accept the R&R and dismiss the Amended

8   Petition.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or

9   modify, in whole or in part, the findings or recommendations made by the magistrate").

10        **IT IS THEREFORE ORDERED** that Report and Recommendation of the

11   Magistrate Judge (Doc. 15) is accepted.

12        **IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment

13   dismissing petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28

14   U.S.C. § 2254 (Doc. 6) with prejudice.  The Clerk shall terminate this action.

15        The request for a certificate of appealability (Doc. 13 at 9) is denied because

16   appellant has not shown that "jurists of reason would find it debatable whether the petition

17   states a valid claim of the denial of a constitutional right and that jurists of reason would

18   find it debatable whether the district court was correct in its procedural ruling." *Slack v.*

19   *McDaniel*, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*,

20   132 S. Ct. 641, 648 (2012); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

21        Dated this 16th day of March, 2022.

22

23              _G. Murray Snow_

24                G. Murray Snow
                 Chief United States District Judge

25

26

27

28